**Hector CAMARENA, Plaintiff–
Appellant,**

v.

**B.B. JONES, Representative Department of Motor Vehicles, Defendant–Appellee.**

**No. 01–55185.**

**D.C. No. CV–00–12954–TJH.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted Sept. 10, 2001 *.

Decided Sept. 24, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM **

Hector Camarena appeals pro se the district court's order denying him leave to proceed in forma pauperis in his 42 U.S.C. § 1983 action, which alleged the California Department of Motor Vehicles violated his constitutional rights by denying him a drivers' license. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for an abuse of discretion an order denying leave to proceed in forma pauperis, *Minetti v. Port of Seattle,* 152 F.3d 1113, 1115 (9th Cir.1998) (per curiam), and we affirm.

A district court does not have jurisdiction over an action that requires the review of a state court judgment. *See Dubinka v. Judges of the Superior Court,* 23 F.3d 218, 221 (9th Cir.1994). Accordingly, Camarena's action is legally frivolous, and the district court properly denied Camarena in forma pauperis status. *See Minetti,* 152 F.3d at 1115.

Camarena's motion filed July 24, 2001, to add his civil rights complaint to his informal brief is granted.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

